UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE DELPHI CONNECTION,
LLC,

       Plaintiff,

   v.                    Case No.: 2:24-cv-00789-KCD-NPM

ANGELIQUE PARISOT-POTTER,

       Defendant,

_____/

| Judge: | Nicholas P. Mizell | Counsel for Plaintiff | Mairead J. Mumford |
|---|---|---|---|
| Deputy Clerk: | Wendy Winkel | Counsel for Defendant: | Angelique Parisot-Potter |
| Court Reporter | Digital | Interpreter | N/A |
| Date/Time | May 4, 2026 11:00 AM | Total Time | 1 hour 5 minutes |

**Motion Hearing**

Court convened on the MOTION for Protective Order by The Delphi Connection, LLC. (Doc. 66).

Court reserves ruling. Order to follow.